[No. 35380-6-II. Division Two. November 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER EUGENE WORLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01527-7, James E. Warme, J., entered April 14, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35495-1-II. Division Two. November 14, 2007.]

J&S SERVICES, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-03080-5, John F. Nichols, J., entered October 2, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Penoyar, JJ. Now published at 142 Wn. App. 502.

[No. 24995-6-III. Division Three. November 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK R. DICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03525-3, Robert D. Austin, J., entered February 6, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 25492-5-III. Division Three. November 15, 2007.]

*In the Matter of the Parentage of* T.W.P. ET AL.

WILLIAM PITCHER, *Respondent*, v. NICOLE R. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 05-5-00059-3, David Frazier, J., entered August 31, 2006. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.